# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| **CANDACE BALLARD** ) | |
| ) | **CIVIL ACTION FILE** |
| **Plaintiff,** ) | |
| ) | **No. 3:20-CV-00167-TCB-RGV** |
| v. ) | |
| ) | |
| **HARSCH & OSBORNE, M.D., P.C.,** ) | |
| **dba SOUTHEASTERN PRIMARY** ) | |
| **CARE,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Candace Ballard and Defendant Harsch & Osborne, M.D., P.C., dba Southeastern Primary Care, hereby respectfully provide notice that the parties have reached a settlement of all claims in principle, subject to the execution of a formal settlement agreement. The parties anticipate filing a stipulated motion for dismissal with prejudice within 45 days.

Respectfully submitted, this 9th day of February, 2021.

[*Signatures on next page*]

- 2 -

| | |
|---|---|
| */s/ Jerilyn Elaine Gardner* | */s/ Michael M. Hill* |
| Jerilyn Elaine Gardner | David A. Cole |
| Georgia Bar No. 139779 | Georgia Bar No. 142383 |
| **GARDNER LAW FIRM, LLC** | Michael M. Hill |
| 1827 Powers Ferry Road, SE | Georgia Bar No. 770486 |
| Building 25 | **FREEMAN MATHIS & GARY, LLP** |
| Suite 100 | 100 Galleria Parkway, Suite 1600 |
| Atlanta, Georgia 30339 | Atlanta, Georgia 30339-5948 |
| T:  404.383.0992 | T:  770.818.0000 |
| F:  404.383.1102 | F:  770.937.9960 |
| E:  jgardner@gardnerjlaw.com | E:  dcole@fmglaw.com |
| | E:  mhill@fmglaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing **JOINT NOTICE OF SETTLEMENT** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 9th day of February, 2021.

/s/ *Michael M. Hill*
Michael M. Hill
Georgia Bar No. 770486