# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| CANDACE BALLARD | ) |
| | ) CIVIL ACTION FILE |
| Plaintiff, | ) |
| | ) No. 3:20-CV-00167-TCB-RGV |
| v. | ) |
| | ) |
| HARSCH & OSBORNE, M.D., P.C., | ) |
| dba SOUTHEASTERN PRIMARY | ) |
| CARE, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees, costs, and expenses.

Respectfully submitted this 22nd day of March, 2021.

[*Signatures on following page*]

- 1 -

Case 3:20-cv-00167-TCB   Document 20   Filed 03/22/21   Page 2 of 2

WE CONSENT AND SO STIPULATE:

| | |
|---|---|
| */s/ Jerilyn Elaine Gardner* | */s/ David A. Cole* |
| Jerilyn Elaine Gardner | David A. Cole |
| Georgia Bar No. 139779 | Georgia Bar No. 142383 |
| **GARDNER LAW FIRM, LLC** | Michael M. Hill |
| 1827 Powers Ferry Road, SE | Georgia Bar No. 770486 |
| Building 25 | **FREEMAN MATHIS & GARY, LLP** |
| Suite 100 | 100 Galleria Parkway, Suite 1600 |
| Atlanta, Georgia 30339 | Atlanta, Georgia 30339-5948 |
| T:  404.383.0992 | T:  770.818.0000 |
| F:  404.383.1102 | F:  770.937.9960 |
| E:  jgardner@gardnerjlaw.com | E:  dcole@fmglaw.com |
| | E:  mhill@fmglaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |